UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

VICTOR BARNETT,

        Plaintiff,

vs.                                        Case No. 06-C-0080

TVT RECORDS,

and

YING YANG TWINS,

        Defendants.

---

### NOTICE OF VOLUNTARY DISMISSAL

---

    PLEASE take notice that plaintiff Victor Barnett, by his attorneys Gimbel, Reilly, Guerin & Brown, voluntarily dismisses defendant Ying Yang Twins from the above-entitled action pursuant to F.R.C.P. 41(a)(1)(i), *Marques v. Federal Reserve Bank*, 286 F.3d 1014, 1017 (7th Cir. 2002) and *Merit Insurance Co. v. Leatherby Insurance Co.*, 581 F.2d 137, 139 (7th Cir. 1978).

    The complaint was filed in United Stated District Court, Eastern District on January 18, 2006 and Ying Yang Twins was named as a defendant in this Complaint.

    Ying Yang Twins was not served within the 120-day deadline and therefore has not filed an answer or a motion for summary judgment.

Plaintiff files the notice of dismissal with the intention of dismissing the defendant under F.R.C.P. 41(a)(1)(i) without prejudice to re-filing.

Dated this 6th day of June, 2006.

          Respectfully submitted,

          GIMBEL, REILLY, GUERIN & BROWN

          By: _____
              TIMOTHY L. BALDWIN
              State Bar No. 1037180
          Attorneys for Plaintiff

POST OFFICE ADDRESS:

Two Plaza East, Suite 1170
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440
Facsimile: 414/271-7680
E-mail: tbaldwin@grgblaw.com

*civil/trio/p/NoticetoDismiss*