# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Barnett

Plaintiff,

v.

Case No. 06C80

JBT Records

Defendant.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 11:30 am
Deputy Clerk: MDJ

Date: 6/14/07
Concluded: 11:40
Court Reporter: —

Appearances:
Plaintiff:
Timothy Baldwin  271-1440
Victor Barnett   264-8222
Defendant:
Cynthia Manecki  297-5580

Nature of Conference: status    X telephonic

Notes:

- Case is administratively closed.
- If plaintiff finds attorney, may reopen